# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL COMPLAINT |
| v. | : Mag. No. 23-14025 (RLS) |
| ISRAEL GALINDO-GARCIA,<br>a/k/a "Israel Galindo,"<br>a/k/a "Israel Garcia" | : |

I, David Chrzanowski, the undersigned complainant being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

**RECEIVED**

OCT 30 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

Attested to by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A)
on October 30, 2023,
in the District of New Jersey.

/s/ David Chrzanowski
David Chrzanowski
Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement

HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

On a date on or after September 1, 2021 and on or before April 13, 2022, the defendant,

> ISRAEL GALINDO-GARCIA,
> a/k/a "Israel Galindo,"
> a/k/a "Israel Garcia,"

being an alien who was deported and removed and had departed the United States while an order of deportation and removal was outstanding, and thereafter, without the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter and was found in the United States.

In violation of Title 8, United States Code, Sections 1326(a).

## ATTACHMENT B

I, David Chrzanowski, am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation.

1. At all times relevant to this Complaint, the defendant, ISRAEL GALINDO-GARCIA, a/k/a "Israel Galindo," a/k/a "Israel Garcia," (hereafter "GALINDO-GARCIA"), was a native and citizen of Mexico, and not a citizen of the United States.

2. On or about August 19, 2021, GALINDO-GARCIA was ordered removed from the United States to Mexico by an immigration judge.

3. On or about September 1, 2021, GALINDO-GARCIA was removed from the United States to Mexico while the above-referenced order of removal was outstanding.

4. Following his removal from the United States, GALINDO-GARCIA knowingly and voluntarily reentered the United States without permission on an unknown date at an unknown location.

5. On or about April 13, 2022, GALINDO-GARCIA was arrested in or around Monmouth County, New Jersey, in the District of New Jersey for aggravated sexual assault, in violation of N.J.S.A. 2C:14-2(a)(1), and endangering the welfare of a child, in violation of N.J.S.A. 2C:24-4(a)(1).

6. On or about August 16, 2022, GALINDO-GARCIA pled guilty to endangering the welfare of a child, in violation of N.J.S.A. 2C:24-4(a)(2). On or about October 13, 2023, GALINDO-GARCIA was sentenced to 549 days of time served.

7. A fingerprint analysis revealed that GALINDO-GARCIA is the same individual who was convicted of the offense set forth in paragraph 6 above, and who was removed from the United States to Mexico, as set forth in paragraphs 3 above.

8. A review of relevant databases revealed that neither the Attorney General nor the Secretary of Homeland Security of the United States expressly consented to GALINDO-GARCIA reapplying for admission to the United States prior to his reembarkation at a place outside the United States, or to his reentry into the United States.